United States District Court     Southern District of Texas

| | | |
|---|---|---|
| Rachid Chakir, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action H-10-2850 |
| BA Research International, LP, *et al.*, | § § § | |
| Defendants. | § | |

## Order on Costs

For its cost of court, BA Research International, LP, takes $8,995.13 jointly and severally from Rachid Chakir, David Graham, Christopher Harrison, Tanya Kalis, Charlene Reed, Albert Nguyen, and Ikenna Ofoma.

Signed on August 17, 2011, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge